70,616-05

**TRENTON Le TROY JACKSON**
**TDC No. 1231590/McConnell Unit**
**3001 S. Emily Dr.**
**Beeville, Texas 78102**

January 30, 2015

Mr. Abel Acosta, Clerk
COURT OF CRIMINAL APPEALS
P. O. Box 12308, Capitol Station
Austin, Texas 78711

Re: **CCA No. Wr-70,616-05**
    **Tr. Co. No. 981891-B**

Dear Mr. Acosta, Appeal Clerk:

I received a copy of your December 10, 2014, letter addressed to Presiding Judge of the 185th District Court. **See, attachment.**

Please understand a **Ms. Emily Detoto, attorney at law,** was appointed on my case on **December 01, 2014.** Although Ms. Detoto was appointed. **I have never received a letter from Ms. Detoto in regard my case nor has she responsed to any of my letter to her.**

For the record, please file this letter and informed the court of Ms. Detoto's ineffective.

By copy of this letter, I am forwarded a copy of the same to all persons listed below.

Thank you for your time and consideration in this matter.

Sincerely,

*Trenton Le Troy Jackson*
**TRENTON Le TROY JACKSON**

files
cc: Presiding Judge, 185th JUdicial District Court
    1201 Franklin, Rm. 17136
    Houston, Texas 77002

    Mr. Chris Daniel, District Clerk
    Harris County District Court
    P. O. Box 4651
    Houston, Texas 77201-4651

    Ms. Emily Munoz Detoto , Attorney at law
    ~~Suite 620, 770 S. Post Oak Lane~~
    ~~Houston, Texas 77056~~
    3000 Smith Street. Suite 4
    Houston, Texas 77006

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 02 2015
Abel Acosta, Clerk



SHARON KELLER
PRESIDING JUDGE

LAWRENCE MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

December 10, 2014

Presiding Judge 185th District Court
1201 Franklin, Rm. 17136
Houston, TX 77002

Re:  *2nd Reminder Notice*
Jackson, Trenton Le Troy
**CCA No.** WR-70,616-05
**Trial Court Case No.** 981891-B

Dear Judge:

This cause was remanded to your court on October 23, 2013, for determination of additional facts. A copy of the remand order is available on our website under the above-referenced writ number. The remand order required that a supplemental record including the findings of fact or a motion for extension of time be received by this Court by February 20, 2014.

A reminder letter was mailed to you on March 31, 2014. An extension was granted on April 17, 2014 and another on July 16, 2014, changing the due date to September 30, 2014. To date we have not received a response to the order.

Please have your clerk immediately forward to this Court the supplemental records in this cause.

Sincerely,

Abel Acosta, Clerk

cc:  District Attorney Harris County (DELIVERED VIA E-MAIL)
District Clerk Harris County (DELIVERED VIA E-MAIL)
Trenton Le Troy Jackson